IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Caylin Crawford<br><br>                    Plaintiff,<br>      v.<br><br>Federal Home Loan Mortgage Corporation, U.S. Bank National Association<br><br>                    Defendants. | Case No.<br><br>(Ramsey County Second Judicial District Court)<br><br>**U.S. Bank National Association's Consent to Notice of Removal** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1446, Defendant U.S. Bank National Association hereby consents to the removal of the above-captioned action from the District Court of the State of Minnesota, Ramsey County, Second Judicial District, to the United States District Court for the District of Minnesota.

Dated: September 4, 2012                    DORSEY & WHITNEY LLP


                                            By  s/ Brian L. Vander Pol
                                                 Skip Durocher (MN#0208966)
                                                 Brian L. Vander Pol (MN#0386389)
                                                 Andrew Peters (MN#0390161)
                                            50 South Sixth Street, Suite 1500
                                            Minneapolis, MN 55402-1498
                                            Telephone: (612) 340-2600
                                            Facsimile: (612) 340-2868

                                            *Attorney for Defendant*
                                            *U.S. Bank National Association*